

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

September 28, 2022

**VIA ECF**
Hon. Andrew L. Carter
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *Tucker v. Grady-White Boats, Inc.*
            Case No. 22-cv-03643-ALC

Dear Judge Carter:

    As counsel for Defendant, I write to advise the Court of the parties' settlement and to present the parties' joint request for judicial approval of the Consent Decree enclosed herewith.

    Plaintiff's class action Complaint alleges that Defendant's website is a place of public accommodation which is not accessible to visually disabled persons in violation of the Americans with Disabilities Act, New York State Human Rights Law, and New York City Human Rights Law. While Defendant does not admit liability, we have reached an early settlement with plaintiff individually in order to avoid the cost and inconvenience of litigation and to address the issues raised by this action in a mutually acceptable fashion. We hereby request that the Court so-order the Consent Decree, which has been fashioned as a reasonable resolution of the plaintiff's claims.

    The Consent Decree "(1) springs from and serves to resolve a dispute within the court's subject-matter jurisdiction, (2) comes within the general scope of the case made by the pleadings, and (3) furthers the objectives of the law upon which the complaint was based." *Kozlowski v. Coughlin,* 871 F.2d 241, 244 (2d Cir. 1989) (internal bracketing omitted) (citing *Local Number 93, Int'l Ass'n of Firefighters v. City of Cleveland,* 478 U.S. 501, 525 (1986)); *accord, Crosson v. Popsockets LLC,* No. 19-cv-200 (CBA)(LB), 2019 WL 6134416, at *2 (E.D.N.Y. Oct. 8, 2019), *adopted by* 2019 WL 6134153 (Nov. 19, 2019); *Riverkeeper, Inc. v. MLV Concrete Inc.,* No. 14-cv-3762 (LDH)(PK), 2017 WL 3172897, at *2 (E.D.N.Y. June 26, 2017), *adopted by* 2017 WL 3172859 (July 25, 2017). S*ee also, Figueroa v. Arhaus, LLC*, No. 18 Civ. 10491 (GWG) (S.D.N.Y. Feb. 20, 2019) (DE16) (applying the above standard in a similar ADA action to approve a consent decree in an action between private parties).

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

4854-3058-9492.1

Hon. Andrew L. Carter
September 28, 2022
Page 2

      Additionally, the Consent Decree is designed to serve as a shield for Defendant against claims by other potential plaintiffs who may come forward to assert similar claims based on the putative access violations that are being addressed and resolved pursuant to this settlement. Duplicative suits have been a recurring problem in similar matters handled by my law firm and other attorneys defending these matters around the country.

      My firm has resolved multiple similar ADA website class actions in this Court and in other districts in which similar consent decrees have been approved. Your Honor approved prior similar consent decrees in the following actions: *Mendizabal v. American Self Storage 636, LLC*, 17-cv-10041 (ALC), on October 15, 2018 [DE 23], *Thorne v. Seabring Marine Industries, Inc.,* 19-cv-01299 (ALC), on July 17, 2019 [DE 20], *Bishop v. Freedom Boat Club, LLC*, 19-cv-2636 (ALC), on August 8, 2019 [DE 14], *Slade v. Allegiance Retail Services, LLC*, 20-cv-08358 (ALC), on April 1, 2021 [DE 19], *Monegro v. Peter Thomas Roth Labs, LLC*, 20-cv-06413 (ALC), on July 27, 2021 [DE 13], *Fischler v. NVA Manhattan Management Inc.*, 21-cv-09218 (ALC), on April 4, 2022 [DE 11], and *Tavarez-Vargas v. Printfly Corporation*, 21-cv-09948 (ALC), on April 11, 2022 [DE 13].

      We respectfully request that Your Honor approve the enclosed Consent Decree for all of the reasons identified above.

      Thank you for your attention to this matter.

                                  Respectfully,

                                  *Peter T. Shapiro*

                                  Peter T. Shapiro of
                                  LEWIS BRISBOIS BISGAARD &
                                  SMITH LLP

cc:     Counsel for Plaintiff (via ECF)